| | | |
|---|---|---|
| John Eric Anderson | § | IN THE 98th |
| Plaintiff, | § | District Court |
| | § | OF |
| Vs. | § | Travis County |
| | § | Texas |
| State of Texas | § | |
| Defendant, | § | Cause No. D-1-GN-25-001988 |

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
SEP 09 2025
CHRISTOPHER A. PRINE
CLERK

MOTION TO ENFORCE Jurisdiction

Now Comes John Eric Anderson, herein "Movant", who Files this Motion to Enforce Jurisdiction, Motion to Request Enforcement of the Court of Appeals Jurisdiction. In support, the movant will show:

1. Jurisdiction

Movant files this motion pursuant to T.R.A.P. Rule 10.

11. Facts

1. A Judge sitting For the 98th District Court of Travis County Texas, A Judge sic, "Don Burgess", Rendered a Final Order in cause No. D-1-GN-25-001988 on the 31st day of July 2025;

2. The movant desires to Appeal that order, and Filed a Notice of Appeal with the Travis County district Clerk on August 2ed 2025 [T.R.A.P. 25.1];

3. The movant, Requested Findings OF Facts and Conclusions OF Law on August 4th 2025

4. The movant Filed, Request For Omitted or Additional Findings OF Facts and Conclusions of Law on August 22end 2025

5. The movant Filed T.R.C.P. Rule 297, Time to send Findings OF Facts and Conclusions OF Law, Notice OF Past Due, Finding OF Facts and Conclusions OF Law

6. MOVANT RECEIVED a Final ORDER on his Request FOR Findings OF Facts And Conclusions OF LAW, pursuant to T.R.C.R. Rule 296 (ORDER stating Denied)

7. T.R.C.P. Rule 296 STATES, (Such Request shall Be Entitled)

III.   Argument

MOVANT is entitled to File An appeal by law (T.R.A.P. 25,1). Notice OF Appeal, has been Filed, but through ERROR, neglect, OR DESPERATION Court personnel seem not to be doing what is Required by law to allow Movant to proceed on Appeal in the 15th Court OF Appeals.

1. Judge Don Burgess of TRAVIS County has denied plaintiffs Request FOR ~~Facts~~ Findings ~~OF Facts~~ ~~Findings~~ And Conclusions OF LAW.

2. Appointed Senior Judge Don Burgess of the 459th court, sitting for the 98th District Court on July 31st 2025; has refused to file: Findings of Facts and Conclusions of Law, per my lawful request of August 4th 2025;

3. Even when prompted on 8-22-2025, under Tex. R. Civ. Proc Rule 298, Judge Don Burgess has not acted.

4. Prompted once again by plaintiff I believe in the last week of August 2025, by Tex. R. Civ. Proc. Rule 297, Time to send Findings of Fact and Conclusions of Law. Judge Don Burgess has not acted.

IV. Remedy / Prayer

I Am Requesting,

1. A true rendition of findings of fact and Conclusions of Law from Judge Don Burgess in Cause No. D-1-GN-25-001988 in the 98th District Court of Travis County, Texas

2. The Reporters Record & District Clerks Record.

With Respect

John Eric Anderson

#552116

Le-Blanc Unit 3 Bldg G 10 B

3695. FM 3514

Beaumont, Texas 44705

September 2-2025

I, John Eric Anderson currently being incarcerated in the TEXAS Department OF Criminal Justice System under I.D # 00552116 in JEFFERSON County, Texas, do hereby state under penalty of purjury that the statements Above are true and correct to the best of my belief.

John Eric Anderson
#552116

9-2-2025

CERTIFICATE OF SERVICE

I, John Eric Anderson certify that I have mailed a true copy of this motion to Jacobb Pons Asst. Atty, General
P.O. Box 12548 Austin TEXAS 78711-2548
And a true copy OF this motion to the 15th Court OF Appeals - 235
P.O. Box 12852 Austin, Texas 78711

with Respect *[signature]*

John Eric Anderson

#552116

Le Blanc Unit 3 Bldg G-10 B

9-2-2025        3695 FM 3514

Beaumont, Texas 77705

John Eric Anderson
#558116
Lt-Blanc Unit 3 Bldg G-10-13
3695 FM 3514
Beaumont, Texas 44405

RECEIVED IN
15th COURT OF APPEALS
AUSTIN, TEXAS

SEP 09 2025

CHRISTOPHER A. PRINE
CLERK

(Legal Mail)

HOUSTON TX RPDC 773

6 SEP 2025 AM 4 L

FOREVER USA

$1.70 025

Fifteenth Court of Appeals - 235
P.O. Box 12852
Austin, Texas 78711

78711-285252

PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE - CORRECTIONAL
INSTITUTIONS DIVISION